924

No. 75–6479. MILROY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–6515. CAVANAUGH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–6532. ROBINSON *v.* GOYNES. C. A. 5th Cir. Certiorari denied.

No. 75–6537. BELL *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 75–6559. TABOR *v.* CAMPBELL, ASSISTANT CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 8th Cir. Certiorari denied.

No. 75–6575. MILLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6590. FLETCHER *v.* LEWIS A. JAMMER Co., INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–6602. HUFFMAN *v.* MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 75–6608. GIBSON ET AL. *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 75–6611. SLOCUM *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 75–6613. MOORE *v.* OHIO STATE BAR ASSN. Sup. Ct. Ohio. Certiorari denied.